THOS F. CHRANY *v.* MAREUS L. HICKS.

**New Trial—Verdict Against Evidence.**
　　This case is reversed on the sole grounds that the verdict of the
jury ought not to have been sustained by the court.

APPEAL FROM HENDERSON CIRCUIT COURT, COMMON PLEAS DIV.

March 20, 1872.

OPINION OF THE COURT BY JUDGE HARDIN:

The instructions and ruling of the court, except on the motion
for a new trial, seem to have been as favorable to the appellant
as he had any right to ask or expect; but we must reverse the
judgment on the sole ground that the verdict of the jury ought
not to have been sustained by the court. As the case will be re-
turned, we refrain from discussing the evidence or intimating any
opinion whether the appellant should have recovered his whole
claim for effecting or negotiating the trade with Rodman or a
less amount; it will suffice to say that for that service we think
it reasonably clear from the evidence that he was entitled to some
compensation, which was denied to him by the verdict and judg-
ment in this case.

Wherefore the judgment is reversed and the cause remanded
for a new trial and proceedings not inconsistent with this opinion.

*James, Eaves, for appellant.*